■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
ANDRE SKINNER, Appellant. [966 NYS2d 863]—Judgment, Supreme
Court, New York County (Rena Uviller, J., at plea; A. Kirke
Bartley, J., at sentencing), rendered on or about March 30, 2011,
unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is
granted (see Anders v California, 386 US 738 [1967]; People v
Saunders, 52 AD2d 833 [1976]). We have reviewed this record
and agree with appellant's assigned counsel that there are no
nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant
may apply for leave to appeal to the Court of Appeals by making
application to the Chief Judge of that Court and by submitting
such application to the Clerk of that Court or to a Justice of the
Appellate Division of the Supreme Court of this Department on
reasonable notice to the respondent within 30 days after service
of a copy of this order.

Denial of the application for permission to appeal by the judge
or justice first applied to is final and no new application may
thereafter be made to any other judge or justice. Concur—
Andrias, J.P., Friedman, Sweeny, Saxe and Richter, JJ.